RADOSLOVICH | KROGH, PC
FRANK M. RADOSLOVICH  SBN: 161457
Email: frank@radlegal.com
DEREK C. DECKER         SBN: 232243
Email: derek@radlegal.com
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorneys for Defendants
JKA ENTERPRISES, LLC, NICHOLAS JOHNSON,
TIMOTHY KIM AND JARED ACOSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VASILE, an individual; SALLY ANN BURT KELSH, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>FLAGSHIP FINANCIAL GROUP, LLC, a Utah Limited Liability Company; JKA ENTERPRISES, LLC, a California Limited Liability Company; NICHOLAS JOHNSON, an individual; TIMOTHY KIM, an individual; JARED ACOSTA, an individual; MICHAEL BALLATYNE, an individual; and STEPHANIE LUKE, an individual,<br><br>        Defendants. | Case No.: 2:12-cv-02912-KJM-CKD<br><br>**STIPULATION AND ORDER REGARDING THE DISMISSAL AND MODIFICATION OF CERTAIN CLAIMS AND AMENDMENT OF PLEADINGS**<br><br>**Complaint Filed: November 30, 2012**<br><br>**Judge: Hon. Kimberly J. Mueller** |

Plaintiffs Michael Vasile and Sally Ann Burt Kelsch, and Defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim, and Nicholas Johnson and Defendant Flagship Financial Group, LLC, by and through counsel of record, hereby stipulate as follows:

1.   Plaintiffs Michael Vasile and Sally Ann Burt Kelsch dismiss without prejudice the Ninth Cause of Action for Conversion against Defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim, Nicholas Johnson, and Flagship Financial Group, LLC.

/ / /

2.      Plaintiffs Michael Vasile and Sally Ann Burt Kelsch dismiss without prejudice the Fourth Cause of Action for Overtime Violations (Cal. Labor Code §§510 and 1194) against only Defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim, and Nicholas Johnson. Plaintiffs further agree to dismiss without prejudice their punitive damages request in the Fourth Cause of Action against Defendant Flagship Financial Group, LLC, by deleting the language in Paragraph 86 in the First Amended Complaint and the relevant parts of Paragraph 4 of the Prayer. Further, Plaintiff Vasile agrees that he is not claiming statutory penalties that were added with the enactment of the Private Attorney General Act, and that the language of Paragraph 85 in the body and Paragraph 4 of the Prayer in the First Amended Complaint will be amended to reflect same.

3.      Plaintiffs Michael Vasile and Sally Ann Burt Kelsch dismiss without prejudice the Fifth Cause of Action for Waiting Time Penalties (Cal. Labor Code §§210-203) against only Defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim, and Nicholas Johnson.

4.      Plaintiffs Michael Vasile and Sally Ann Burt Kelsch dismiss without prejudice the Eleventh Cause of Action for Unfair Competition/Business Practices (Cal. Bus. & Prof. Code §17200 *et seq.*) against only Defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim, and Nicholas Johnson. Plaintiffs further agree to add a paragraph to the Prayer for Relief consistent with Paragraph 140 in the First Amended Complaint as against Defendant Flagship Financial Group, LLC.

5.      In Counts 1 and 2, Plaintiffs agree to change the language of Paragraphs 55 and 61, as well as, Paragraph 2 of the Prayer in the First Amended Complaint from "double damages" to "double back pay" consistent with the statutory language of 31 U.S.C.A. §3730(h)(2).

Plaintiffs and all Defendants have reached consensus in regards to the above stipulated points. However, the above points do not resolve all of the pleading issues of the Defendants and same will require resolution by the court by motions from the Defendants. The parties agree that the Defendants will file their Motions to Dismiss on or before the current responsive pleading date of **May 24, 2013**.

All parties further stipulate that Plaintiffs Michael Vasile and Sally Ann Burt Kelsch will file a Second Amended Complaint after the Court's ruling on the Motions to Dismiss which will incorporate the stipulated points as expressly set forth above, as well as, any further modifications as Ordered by the Court after said Motions are heard, if any. Finally, the parties agree that Plaintiffs may not add any new causes of action to a Second Amended Complaint unless a further written stipulation is entered into by the parties, or by Order of the Court.

Dated: May 22 , 2013      /s/ A. ALEXANDER GORMAN
A. Alexander Gorman
Attorney for Plaintiffs
Michael Vasile and Sally Ann Burt Kelsch

Dated: May 22, 2013      /s/ DEREK C. DECKER
Derek C. Decker
Attorney for Defendants
JKA Enterprises, LLC, Nicholas Johnson, Timothy Kim, and Jared Acosta

Dated: May 22, 2013      /s/ JERE RENEER
Jere Reneer
Attorney for Defendant
Flagship Financial, LLC

THE TERMS OF THE FOREGOING STIPULATION ARE HEREBY ORDERED:

Date: May 28, 2013

_____
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER REGARDING THE DISMISSAL AND MODIFICATION OF CERTAIN CLAIMS AND AMENDMENT OF PLEADINGS**