UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VASILE and SALLY ANN BURT KELSCH,<br>             Plaintiffs,<br>     v.<br>FLAGSHIP FINANCIAL GROUP, LLC, et al.,<br>             Defendants. | No.  2:12-CV-02912-KJM-CKD<br><br>ORDER |

The motion to withdraw as counsel brought by Radoslovich Krogh, PC ("counsel") is before the court.  Counsel moves to withdraw as counsel of record for defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim and Nicholas Johnson ("defendants") in the above-captioned matter.  The motion is unopposed, and the court decides the matter without argument.  For the reasons below, the court GRANTS counsel's motion.

Withdrawal of counsel is governed by Local Rule 182(d).  Under the Rule, an attorney who seeks to withdraw must (1) give notice to the client and all parties who have appeared; (2) comply with the Rules of Professional Conduct of the State Bar of California; and (3) obtain leave of court.  L.R. 182(d).  Professional Conduct Rule 3-700 in turn permits withdrawal where a client "breaches an agreement or obligation to the [attorney] as to expenses or fees," provided the attorney "take[s] reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client."

1

1         Here, counsel has met all withdrawal requirements.  As required by Local Rule 182(d), counsel has provided notice to all parties who have appeared, including the represented defendants, Mot. to Withdraw 3, ECF No. 54, and filed the instant motion seeking leave. Counsel has also complied with the Rules of Professional Conduct.  The motion is motivated by defendants' refusal to pay attorneys' fees and costs, and in light of the court's previous order dismissing the action as against defendants, ECF No. 47, counsel's provision of notice is sufficient to avoid prejudice to defendants.

        Accordingly, the motion to withdraw as counsel of record for defendants JKA Enterprises, LLC, Jared Acosta, Timothy Kim and Nicholas Johnson is GRANTED.

        IT IS SO ORDERED.

DATED:  November 21, 2013.

_____
UNITED STATES DISTRICT JUDGE